UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

REYNALDO SALAMAYA,

    Plaintiff,

vs.                                      CASE NO. 6:11-CV-1633-ORL-19GJK

MASTEC SERVICES COMPANY, INC.,

    Defendant.

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 72, filed June 12, 2012) and Joint Notice of No Objection to Report and Recommendation (Doc. No. 73, filed June 12, 2012). Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 72) is **ADOPTED and AFFIRMED.** The Parties' Renewed Motion to Approve Settlement Agreement (Doc. No. 71, filed May 30, 2012) is **GRANTED.** The settlement is hereby **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues, and this case is **DISMISSED WITH PREJUDICE.** The Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this ___15th___ day of June, 2012.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record